Case 2:21-cv-14367-AMC Document 1 Entered on FLSD Docket 09/02/2021 Page 1 of 4

FILED BY _SCV_ D.C.

SEP 02 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Gregory Makozy                                            Case No .

vs

Westcor Land Title, Armour Settlement Service,

and XL Insurance

COMPLAINT FOR A CIVIL CASE

Parties:

1.) Plaintiff: Greg Makozy

    1808 Garfield St Unit A

    Aliquippa, PA 15001

2.) Defendants: I.) Westcor Land Title

    875 Concourse Parkway South, Suite 200, Maitland, FL 32751

    II.) Armour Settlement Service

    10220 S. Dolfield Rd #200

    Owings Mills, MD 21117

    III.) XL Insurance DBA Indian Harbour Insurance

    70 Seaview Ave Ste 5

    Stamford, CT, 06902-6040


II. Basis for jurisdiction

 A.) Diversity of Jurisdiction:

3.) Defendant Westcor Land Title is incorporated in the state of Florida with its corporate address of 875 Concourse Parkway South, Suite 200, Maitland, FL 32751.

4.) Defendant Armour Settlement Service is incorporated in the state of MD with a corporate

address of 10220 S. Dolfield Rd #200 Owings Mills, MD 21117.

5.) Defendant XL Insurance is incorporated in the state of Ct with a corporate address of

70 Seaview Ave Ste 5  Stamford, CT, 06902-6040.

6.) Plaintiff has an address of 1808 Garfield St Unit A, Aliquippa, PA 15001

7.) Plaintiff pleads to this court diversity of jurisdiction has been met.

 B.) The amount of money owed is in excess of $75K

8.) Plaintiff filed a notice of mechanics lien for a property he owned at 246 Dobson Rd Mars, PA 16046 against the new owners. The original amount started out at $22K for railings and grew with the addition of steps, decking and costs of debt plaintiff paid off for the buyers. The total amount is in excess of $75k with the interest growing every month.

9.) Jurisdictional minimum has been met

III. Statement of Claims

10.) Plaintiff sold a home he owned at 246 Dobson Rd on or about May 12, 2015.

11.) Plaintiff filed a notice of mechanics lein in the Butler County Courthouse against 246 Dobson Rd that got recorded on or about July 2015.

12.) Buyers bought the home with 100% financing with the VA. On or about Sept 21, 2015, the buyer refinanced the 100% VA loan and used Armour Settlement to do the closing with title work under file number ar15-8099. The underwriters who insured the loan was Westcor Land Title who had E & O insurance with XL Insurance.

13.) Armour Settlement deliberately ignored the mechanics lien. They ignored it because they would no be able to make money on the loan cloing. With a 100% VA loan, there was no equity. Armour would have to make the buyer pay it off in order for them to make money. Since the buyers did not have the money, Armour Settlement deliberately ignored the mechanics lien and never notified the Plaintiff. That way, they could make money off the closing.

14.) Armour Settlement and Westcor Land Title never notified the Plaintiff of the refinance or even inquired about the status of the mechanics lien.

15.)  Eleven months later,he owner refinanced again on or about Aug 8, 2016 and used Armour Settlement again. This time they added the wife to the loan policy that was insured again by Westcor Land Title under file number ar16-11577rs.

16.) For the second time,  Armour Settlement deliberately ignored the mechanics lien. They

ignored it because they would no be able to make money on the loan cloing. With a 100% VA loan, there was no equity. Armour would have to make the buyer pay it off in order for them to make money. Since the buyers did not have the money, Armour Settlement deliberately ignored the mechanics lien and never notified the Plaintiff. That way, they could make money off the closing.

17.) Armour Settlement and Westcor Land Title never notified the Plaintiff of the refinance or even inquired about the status of the mechanics lien.

18.) XL insurance provided the E & O insurance for errors such as this.

19.) Plaintiff is entitled to relief.

20.) Plaintiff is demanding relief for the payment of the mechanics lien that is covered under the insurance.

21.) In May 2016, Plaintiff was sentenced to 30 months in a federal prison camp for concealment of BK assets begining July 2016. The sentence was completed in January 2019. Plaintiff was unable to do research on the status of the lien or commence any activity while under the supervision of the federal government. Equity tolling would begin after the completion of the sentence. Therefore, this case is within the statue of limitations.

IV. RELIEF

22.) Armour Settlement deliberately ignored the mechanics lien. Plaintiff asks this court to order them to pay $75K in compensatory damages and another $75K for punitive damages to prevent them or others from deliberately ignoring the lien and not informing the plaintiff.

23.) Westcor Land Title was aware of the loan closings. They deliberately ignored the mechanics lien. Plaintiff asks this court to order them to pay $75K in compensatory damages and another $75K for punitive damages to prevent them or others from deliberately ignoring the lien and not informing the plaintiff.

24.) XL Insurance provided the E & O insurance for errors . They are responsible for paying the claims. . Plaintiff asks this court to order them to pay $75K in compensatory damages and another $75K for punitive damages to prevent them or others from deliberately ignoring the lien and not informing the plaintiff.

Respectfully submitted,


Gregory Makozy, Pro-se



l/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes

electronic media as documents. Visit ups.com/importexport to verify if your

more than 8 oz. will be billed by weight.

onal information or breakable items. Do not send cash or cash equivalent.

This envelope is for use with the following services: UPS Next Day Air®
'JPS Worldwide Express®
IPS 2nd Day Air®
IPS Worldwide Expedited®

PS Ground
PS Standard
PS 3 Day Select®

GREG MAKOZY
(954) 218-2847
UNIT A
1808 GARFIELD ST
ALIQUIPPA PA 15001-1937

1 LBS   1 OF 1
SHP WT: 1 LBS
DATE: 01 SEP 2021

SHIP CLERK OF COURTS
TO: US COURTHOUSE
    RM 1016
    101 S US HIGHWAY 1
    FORT PIERCE FL 34950-4209

FL 349 1-01



UPS GROUND
TRACKING #: 1Z 361 X41 03 9022 4656



BILLING: P/P

ISH 13.00F ZZP 450 48.5A 07/2021

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD RF2 1220

From:
Greg Makozy
Clerk of Courts US Courthouse
FORT PIERCE FL 34950-4209

GIVE TO CLERK.
